IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2025 MAR 20 AM 9:44
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DREW BLACKBURN, JR.,<br><br>Defendant. | No. 25-CR-46-SWS<br><br>18 U.S.C. § 875(c)<br>(Interstate Threats to Injure Another) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about October 20, 2024, in the District of Wyoming, the Defendant, **DREW BLACKBURN, JR.**, knowingly and willfully did transmit in interstate commerce a communication, to wit: text messages to T.A., and the communication contained a threat to injure the person of T.A. and her family.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

_____
STEPHANIE I. SPRECHER
Acting United States Attorney

1

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | DREW BLACKBURN, JR. |
| **DATE:** | March 18, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 875(c) (Interstate Threats to Injure Another) <br><br> 0-5 Years Imprisonment <br> Up To $250,000 Fine <br> 3 Years Supervised Release <br> $100 Special Assessment |
| **AGENT:** | Alesha McFadden, FBI |
| **AUSA:** | Cameron J. Cook, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1